```
                                    ___ FILED      ___ LODGED
                                    ___ RECEIVED   ___ COPY

                                         MAR 1 4 2014

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY_____ P DEPUTY
```

1  Don Kunkel
   donkunkel@hotmail.com
2  PO BOX 640
3  Phoenix Az. 85021
4
5
6           United States District Court
7              District Of Arizona
8
9  Raquel Martinez                  Case # 4:13-CV-00100-TUC-CKJ
10      Plaintiff,
                                    Notice of Response to why I was not
11    VS.                           Able to make it to the deposition on
                                    2/3/14. Also to inform the court at
12  J. Mark Heldenbrand P.C. an     this time I will represent myself.
13  Arizona Professional Corporation; J.
14  Mark Heldenbrand; And
15  Jeremy Brafford; And
16  Don Kunkel
17
18  I Don Kunkel, have a very good reason for not being able to make it to
19  the second deposition as demanded by the Plaintiff and her counsel Sean Stone,
20  Floyd Bybee, + ~~Sean~~, Peter F. Barry. I had started a new job + worked from
21  6am to 5pm (minimum) Mon-Fri. Often till 6pm or 7pm with no breaks or lunch.
22  I was not allowed to miss a day or any time off as I was still in the 90 day
23  probation period. I did do a previous deposition with Plaintiff Counselors Floyd
24  Bybee + Sean Stone for just over 6½ hours where they badgered me relentlessly
25  and even accused me of lying under oath (which they both know was false
26  and inappropriate) with numerous objections from my then Attorney Brian
27  Sandler of Sandler Law Group LLC. Furthermore, I offered to do or
28  finish a second deposition (in Good Faith) on a Saturday. Opposing Counsel

1  refused to cooperate but, instead threatened to file sanctions against all of
2  the defendants?
3  Your honor,
4  I am willing to do a ~~separated~~ second deposition on a scheduled Saturday
5  and give you my word I am telling the truth. I am a single parent
6  and working a lot of hours during the week. I have no problem in meeting
7  with opposing counsel on a Saturday.
8  I at the current time, am without counsel and will represent myself.

10 Sincerely,

12 Don Kunkel          3/14/14