Jeremy Brafford
Jermb403@gmail.com
7644 W Mercer Ln.
Peoria, AZ 85345
623-670-8870

FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 1 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Raquel Martinez

    Plaintiff,

CASE NO.: 4:13-CV00100-TUC-CKJ

Vs.

FILING OF STATUS REPORT

J. Mark Heldenbrand, PC, an
Arizona Professional Corporation; J.
Mark Heldenbrand; Don Kunkel; and
Jeremy Brafford,

    Defendants.

I Jeremy Brafford am responding to the request for a status update that was requested on the 14th of February 2014. I will be representing myself in the above listed matter as I am unable to afford council at this time. Please feel free to contact me at any time at the phone number listed above.

Jeremy Brafford

*/s/ Jeremy Brafford*