IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)     **CIVIL MINUTES – GENERAL**

Date:  April 21, 2014

Civil Case No.  CV 13-100-TUC-CKJ

Title:   Raquel Martinez v. J. Mark Heldenbrand, PC, et al.

Present:                    Hon. Cindy K. Jorgenson

Deputy Clerk:                      Court Reporter:
  Jill Tarlton                         Mary Riley

Atty for Plaintiff:                                Atty for Defendant Heldenbrand and Heldenbrand PC:
Peter F. Barry (appearing telephonically)          J. Mark Heldenbrand
Floyd W. Bybee (appearing telephonically)          Defendant Kunkel *pro se* (appearing telephonically)
Shawn L. Stone (appearing telephonically)          Defendant Bradford *pro se* (appearing telephonically)

**PROCEEDINGS:**   X  Open Court     Chambers      Other

RE:  Status Conference

The Court advises the parties it will grant the stipulated Motion to Dismiss Telephone Consumer Protection Act Claims without Prejudice (Doc. 28).

IT IS ORDERED:

>    1.  Disclosure of **initial expert testimony** pursuant to Federal Rule 26(a)(2) shall take place on or before **June 2, 2014**.  Disclosure of **rebuttal expert testimony** shall be completed on or before **June 30, 2014**.
>
>    2.  Parties shall disclose names of all **fact witnesses** to be used at trial pursuant to the provisions of Fed.R. Civ.P. 26(a)(3) on or before **June 30, 2014**.
>
>    3.  All **discovery**, including depositions of parties and witnesses, shall be completed by **July 21, 2014**.

The Court and the parties discussed whether additional settlement proceedings with a magistrate judge would be appropriate.  The parties are directed to contact the Court's staff if they would like referral to a magistrate judge for settlement purposes.

The Court and the parties discuss the dispute regarding whether former defense counsel appropriately terminated a deposition upon purportedly discovery a conflict.  Plaintiff has not waived the right to raise the issue of sanctions or other relief regarding this dispute.

IT IS ORDERED Defendant Kunkel shall file a Notice of Change of Address on or before April 28, 2014.  *See* LRCiv 83.3(d).

CV 13-100
Martinez v. J. Mark Heldenbrand, PC, et al.
April 21, 2014


The Court discusses with Defendant Bradford that the correct spelling of his surname is "Brafford."


LATER IN CHAMBERS:

The Court advises *pro se* Defendants that the applicable rule provides that a copy of filed documents must be served on other parties.  *See* Fed.R.Civ.P. 5.  Service must be completed as set forth in Fed.R.Civ.P. 5(b).  The Court further advises *pro se* Defendants that Fed.R.Civ.P. 5(b)(3) provides for the use of the Court's transmission facilities to complete service if a local rule so authorizes; the local rules for the District of Arizona DO NOT so authorize.

A review of the Complaint and Answer indicate that Jeremy Bradford has been sued and answered under that name.  Because neither a motion nor a stipulation to change the spelling of a named party or the caption in this case has been filed, the Court declines to issue such an order at this time.

Status Conf:  38 min
(2:03 p.m. - 2:41 p.m.)