**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel. 602-220-4542
Fax: 602-244-1441
vorze@dickinsonwright.com

Victoria Orze (011413)
Attorneys for J. Mark Heldenbrand, P.C.,
  Mark Heldenbrand and Natalie Heldenbrand

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Raquel Martinez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. Mark Heldenbrand, PC, an Arizona professional corporation; J. Mark Heldenbrand and Jane Doe Heldenbrand, husband and wife; Don Kunkel and Jane Doe Kunkel, husband and wife, and Jeremy Bradford and Jane Doe Bradford, husband and wife,<br><br>　　　　Defendants. | Case No. 4:13-cv-00100-CKJ<br><br>**NOTICE OF SETTLEMENT** |

The Heldenbrand Defendants herein provide notice that the parties to the above captioned matter have reached a settlement agreement. The parties are documenting the terms of their settlement agreement and will file a Stipulation to Dismiss this matter as to all parties within 60 days of this Notice.

**DATED** this 30th day of June, 2014.

　　　　　　　　　　　　　　　　**DICKINSON WRIGHT PLLC**

　　　　　　　　　　　　　　　　*s/ Victoria L. Orze*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Victoria L. Orze
　　　　　　　　　　　　　　　　Attorneys for the Heldenbrand Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Shawn Louis Stone
Stone Law Group, PLC
3030 N. 3rd Street, Ste. 200
Phoenix, Arizona  85012
sstone@stonelawaz.com
Attorneys for Plaintiff

Floyd W. Bybee
Bybee Law Center, PLC
90 S. Kyrene Road, Ste. 5
Chandler, Arizona  85226
Floyd@bybeelaw.com
Attorneys for Plaintiff

Peter Francis Barry
Barry & Helwig, LLC
2701 University Ave., SE, Ste. 209
Minneapolis, MN  55414
pbarry@lawpoint.com

Gregory E. Williams
Francesca Montenegro
Wood, Smith, Henning & Berman, LLP
2525 E. Camelback Road, Ste. 450
Phoenix, Arizona  85016
gwilliams@wshblaw.com
fmontenegrowshblaw.com
Attorneys for Defendants Kunkel and Bradford

By: *s/ Marsha Wood*

143917vv1